UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-23254 |
|    Zoraida Gonzalez, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | | |
|    Debtor(s) ) | | |

**ORDER AUTHORIZING THE RELEASE OF FUNDS AND TITLE TO VEHICLE AND SHORTENING NOTICE**

This matter coming before the Court on Debtor's Motion to Authorize Release of Funds and Title to Vehicle and Shorten Notice

IT IS ORDERED that:

(1) Allstate Fire and Casualty Insurance Co. is authorized to release the amount of $5,165.97 to Zoraida Gonzalez.

(2) Ally Financial (d/b/a Ally Bank) or Zoraida Gonzalez is authorized to release title to the 2015 Ford Fusion SE 4DR sedan to Allstate Fire and Casualty Insurance Co. or its agents or assigns.

(3) Notice is shortened to 6 days.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  August 05, 2020

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
p.773-570-0054 f. 773-570-5449