## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

Chapter:     13
Case No:    1923254

In re:        ZORAIDA GONZALEZ

Account Number:  2448

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 13 filed on or about 10/17/2019 in the amount of $955.28 .

On this 8/6/2020.


By:   /s/ Dolan Mason
      Dolan Mason, Bankruptcy Representative
      PRA Receivables Management, LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com